IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARQUEL CULPEPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-053 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS; JUANITA SHARPE, Unit Manager at Smith State Prison; and UNIT MANAGER WESTIN, Telfair State Prison, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ____ day of September, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE